NEW YORK INFANT ASYLUM, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second De-

partment. October 18, 1901.) Action by the New York Infant Asylum against the city of Mt. Vernon. No opinion. Judgment unanimously affirmed, on authority of Archer v. City of Mt. Vernon, 63 App. Div. 286, 71 N. Y. Supp. 571, with costs.